IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT LEE BRANDON,
    Petitioner,

vs.                              CASE NO.:  5:08cv234/RS/MD

WALTER MCNEIL,
    Respondent.
_____

**ORDER**

    This cause is before the court upon transfer from the Middle District of Florida. (Doc. 5). Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). However, petitioner has provided no service copies of his petition. Petitioner must submit two service copies – one for the respondent and one for the Attorney General of the State of Florida.

    Additionally, petitioner has neither paid the $5.00 filing fee nor applied for leave to proceed *in forma pauperis*. Petitioner's case cannot proceed until he either pays the filing fee or files a complete application for leave to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in petitioner's inmate trust account for the past six months).

    Accordingly, it is ORDERED:

    1.    The Clerk shall forward to the petitioner a form application for leave to proceed *in forma pauperis*. This case number shall be written on the form.

    2.    Within **thirty (30) days** of the date of this order, petitioner shall either pay the $5.00 filing fee in full, or submit a complete application for leave to proceed *in forma pauperis*.

3. Within the same time period, petitioner shall submit two identical copies of his habeas petition, including attachments. This case number should be written on the copies.

4. Petitioner's failure to comply with this order may result in a recommendation of dismissal of this case.

DONE AND ORDERED this 11th day of August, 2008.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**