IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT LEE BRANDON,**
    Petitioner,

vs.                                    5:08cv234/RS/MD

**WALTER A. MCNEIL,**
    Respondent.

---

**O R D E R**

    This cause is before the court upon respondent's answer to amended petition for writ of habeas corpus (doc. 39). Before the court rules on this matter, the petitioner shall have an opportunity to respond.

    Accordingly, it is ORDERED:

    Petitioner shall have thirty (30) days from the date this order is entered on the docket in which to respond to the answer filed by respondent.

    **DONE AND ORDERED** this 13th day of May, 2009.

                                              /s/ *Miles Davis*
                                                MILES DAVIS
                                                UNITED STATES MAGISTRATE JUDGE